# ELECTRONIC RECORD

COA #   02-14-00314-CR          OFFENSE:   OTHER CRIMINAL

STYLE:   Patrick Bond v. The State of Texas      COUNTY:   Tarrant

COA DISPOSITION:      AFFIRM          TRIAL COURT:   371st District Court

DATE: 04/04/2015          Publish: NO   TC CASE #:      1324387D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Patrick Bond v. The State of Texas          CCA #:      602-15

_APPELLANT'S_   Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:      _____

_REFUSED_          JUDGE:      _____

DATE: _08/26/2015_          SIGNED: _____      PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____      DNP.: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**